AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SHASHANK SHEKHAR RAI | ) | Case No. |
| | ) | 1:20-MJ-95 |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 8, 2020 to present__ in the county of __Jefferson__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1344 | Bank Fraud |
| 18 U.S.C. § 1014 | False Statements to a Financial Institution |
| 15 U.S.C. § 645(a) | False Statements to Small Business Administration |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Michael Gross, FHFA-OIG.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Michael Gross, FHFA-OIG
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Cr. P. 4.1 by telephone.

Date: 5/12/2020

_____
Judge's signature

City and state: Beaumont, Texas

Zack Hawthorn, United States Magistrate Judge
Printed name and title