**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § | | **CAUSE NO.  1:20-MJ-95** |
| § | | **Magistrate Judge** |
| **v.** § | | **Keith Giblin** |
| § | | |
| **SHASHANK SHEKHAR RAI** § | | |

**NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT**
**SHASHANK SHEKHAR RAI**

**TO THE HONORABLE MAGISTRATE JUDGE KEITH GIBLIN:**

COMES NOW, Joseph C. Hawthorn, lead attorney for Shashank Shekhar Rai, Defendant, and files this Notice of Appearance as counsel for the defendant and in support would respectfully show this Honorable Court as follows:

I.

The defendant, Shashank Shekhar Rai, has retained Joseph C. Hawthorn to represent him as counsel in this case.

II.

Accordingly, please note in the records of this case that Mr. Hawthorn is the attorney for the defendant

Respectfully submitted,

/s/ Joseph C. Hawthorn
Joseph C. Hawthorn
2630 Liberty Ave
Beaumont, TX 77702
(409) 838-3969
(409 ) 832-5611 (Fax)
Texas Bar # 09258000
lumh@aol.com

**Certificate of Service**

      This is to certify as true and correct copy of the above instrument was served upon all counsel of record in accordance with Federal Rules via the Court's CM/ECF system on May 21, 2020.

<u>/s/ Joseph C. Hawthorn</u>  
Joseph C. Hawthorn
