# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| V. | § CASE NO: 1:20MJ95 |
| SHASHANK SHEKHAR RAI | § |

### WAIVER OF PRELIMINARY HEARING ON COMPLAINT

I, **Shashank Shekhar Rai**, charged in a complaint (doc. #1) pending in this District with violation of Title 18 U.S.C. Sections 1343, 1344, 1014 and 15 U.S.C. 645(a) and having appeared before this Court and been advised of my rights as required by Rules 5 and 5.1 or Rule 32.1, of the Federal Rules of Criminal Procedure, including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

5/27/20
Date

Defendant Shashank Shekhar Rai

Defense Counsel, Joseph Lum Hampton